JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeVONNA TROOPE; MARISA SANCHEZ, | Case No. EDCV 08-1655-VAP (OPx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| BANK OF AMERICA et al. Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's second, third, fourth, fifth, sixth, and seventh claims are DISMISSED WITH PREJUDICE. Plaintiff's first claim is dismissed WITHOUT PREJUDICE to filing in the California Superior Court. The Court orders that such judgment be entered.

Dated: June 3, 2009

VIRGINIA A. PHILLIPS
United States District Judge